# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:01-cr-179-T-24TBM

LUIS ALBEIRO LOPEZ-RAMIREZ
_____/

## **O R D E R**

**THIS CAUSE** comes before this Court on Defendant's Motion for reduction in sentence (Dkt. 132) under 18 U.S.C. § 3582(c)(2) based on USSG Amendment 782, a retroactive guideline amendment. S*ee* USSG § 1B1.10(d) (2014). The Federal Public Defender's Office has filed a Notice advising the Court that the Defendant is not eligible for a sentence reduction under Amendment 782 because Defendant exceeds the eligibility threshold due to the drug quantity and therefore the amendment does not have the effect of lowering Defendant's base offense level. (Doc. 133) The United States Probation Office's memorandum states that Defendant is not entitled to relief under Amendment 782 because his Drug Quantity Table remains at level 38. (Dkt. 201).

The Court, having reviewed Defendant's motion, Probation's Amendment 782 Memorandum, the Federal Public Defender's Notice, and the court file, concludes that the motion should be denied. Defendant Lopez-Ramirez is not entitled to a sentence reduction as a result of Amendment 782 because the amendment does not have the effect of lowering Defendant's base offense level.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on the 19th day of June, 2017.

SUSAN C. BUCKLEW
United States District Judge

**COPIES FURNISHED TO**:
*Pro se* Defendant